PER CURIAM.
The motion to dismiss for lack of jurisdiction is granted. See Dep't of Children & Families v. Feliciano, 259 So.3d 957, 958 (Fla. 3d DCA 2018), pet. pending, SC18-2146 (Fla. Dec. 27, 2018); Miami-Dade Cnty. v. Pozos, 242 So.3d 1152 (Fla. 3d DCA 2017), reh'g denied, 242 So.3d 540 (Fla. 3d DCA 2018) (Rothenberg, C.J., dissenting), pet. pending, SC18-1118 (Fla. July 6, 2018). But see, Fla. Highway Patrol v. Jackson, 238 So.3d 430, 431 (Fla. 1st DCA 2018), pet. pending, SC18-468 (Fla. Mar. 23, 2018).
Dismissed.